In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-02-197 CR


____________________



ANTHONY LEON SUMMERS, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 252nd District Court


Jefferson County, Texas


Trial Cause No. 80532






MEMORANDUM OPINION


 On December 19, 2002, we abated the appeal to the trial court. We received the
supplemental clerk's record on January 16, 2003. The appeal is hereby reinstated.

 We have before the Court a motion from the appellant, Anthony Leon Summers,
to withdraw his appeal pursuant to Tex. R. App. P. 42.2. The motion is signed by
appellant personally and by his attorney of record, Bruce N. Smith. No opinion has issued
in this appeal.


 The motion is GRANTED and the appeal is therefore DISMISSED.

 PER CURIAM


Opinion Delivered January 30, 2003

Do Not Publish


Before McKeithen, C.J., Burgess and Gaultney, JJ.